JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD L. KINNAMON, | CASE No. CV 19-1044-ODW(PJW) |
| Plaintiff, | J U D G M E N T |
| v. | |
| BETH OH, et al., | |
| Defendants. | |

Pursuant to the Order granting Plaintiff's Request for Voluntary Dismissal,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 15, 2019

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

C:\Users\isabelmartinez\AppData\Local\Temp\notes95E17C\Judgment.wpd